**Order filed April 17, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00319-CV
_____

## IN RE TEXAS BULKHEAD AND CONSTRUCTION, LLC AND CLIFTON SCHOEN, INDIVIDUALLY AND D/B/A TEXAS BULKHEAD AND CONSTRUCTION, Appellant

---

### On Appeal from the Co Ct at Law No 1 & Probate Ct
### Brazoria County, Texas
### Trial Court Cause No. CI54724

---

## ORDER

This is an original proceeding petition for writ of mandamus filed in this court on 4/17/2019. A related case was previously filed in the Court of Appeals for the First District of Texas under case number 01-18-00588-CV.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-19-00319-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this Court is directed to transfer all papers filed in this case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM